UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GREGORY W SCHWARTZ | No. C-12-06187 MEJ |
| Plaintiff(s), | **NOTICE OF REASSIGNMENT** |
| v. | |
| WELLS FARGO, | |
| Defendant(s). | |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. The parties shall comply with Magistrate Judge James' standing orders, which may be obtained from the Court's website - www.cand.uscourts.gov.

The Court shall conduct a case management conference on **April 4, 2013, at 10:00 a.m.** in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement by **March 27, 2013**.

Dated: March 5, 2013

_____
Rose Maher, Courtroom Deputy
to Magistrate Judge
MARIA-ELENA JAMES