1  MARSHALL C. WALLACE (BAR NO. 127103)
   KEITH D. YANDELL (BAR NO. 233146)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  mwallace@allenmatkins.com
            kyandell@allenmatkins.com
6
   KIM A. BUI (BAR NO. 274113)
7  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
8  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
9  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
10 E-Mail:  kbui@allenmatkins.com

11 Attorneys for Defendant
   Wells Fargo Bank, N.A., successor by merger with Wells
12 Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,
   FSB, f/k/a World Savings Bank, FSB (erroneously sued as
13 "Wells Fargo Home Mortgage" and "Wachovia Mortgage")

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| GREGORY W. SCHWARTZ,                              | Case No. 3:12-cv-06187-MEJ |
|---------------------------------------------------|----------------------------|
| Plaintiff,                                        | ASSIGNED FOR ALL PURPOSES TO Magistrate Judge Maria-Elena James |
| vs.                                               |                            |
| WELLS FARGO HOME MORTGAGE; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS; PETER KERSTON dba THE MORTGAGE NETWORK WHOLESALE LENDER; and DOES 1 through 20, inclusive, | JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER |
| Defendants.                                       |                            |

## STIPULATION

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gregory W. Schwartz and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, through their undersigned counsel of record, hereby stipulate that the Court shall dismiss this action **_with prejudice_**. Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

**STIPULATED AND AGREED:**

Dated: April 18, 2013

LAW OFFICES OF RICHARD SAX

By: _/s/ Richard Sax_
RICHARD SAX
Attorneys for Plaintiff
Gregory W. Schwartz

Dated: April 16, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _/s/ Kim A. Bui_
KIM A. BUI
Attorneys for Defendant
Wells Fargo Bank, N.A., successor by
merger with Wells Fargo Bank Southwest,
N.A., f/k/a Wachovia Mortgage, FSB, f/k/a
World Savings Bank, FSB (erroneously sued
as "Wells Fargo Home Mortgage" and
"Wachovia Mortgage")

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

957643.01/LA

-1-
JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;
[PROPOSED] ORDER

**ORDER ON STIPULATION**

Pursuant to the stipulation of the parties and good cause appearing, the Court dismisses this action ***with prejudice***.  Each party shall bear its own costs and fees incurred in connection with this action.

Dated: April 19, 2013

_____
Magistrate Judge Maria-Elena James

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

957643.01/LA

-2-
JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;
[PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On **April 18, 2013**, I served the within document(s) described as:

JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER

on the interested parties in this action as stated below:

Richard Sax, Esq.                                    Attorneys for Plaintiff
Law Offices of Richard Sax
448 Sebastopol Avenue
Santa Rosa, CA 95401

[x] **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by FedEx, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed as indicated above on the above-mentioned date, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 18, 2013**, at Los Angeles, California.


_____            _____
         Melissa L. Gonzalez                         (Signature of Declarant)
         (Type or print name)

946749.01/LA